# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| PAMELA SMOTHERS, | } |
| Plaintiff, | } |
| v. | } Case No.: 6:21-cv-01057-RDP |
| ROGER CHILDERS, et al., | } |
| Defendants. | } |

## MEMORANDUM OPINION AND ORDER

On April 25, 2024, the Magistrate Judge entered a Report and Recommendation. (Doc. # 80). The parties were allowed fourteen (14) days in which to file any objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. Further, the court **ACCEPTS** the recommendations of the Magistrate Judge that Plaintiff may obtain the requested discovery.

In accordance with this Order, Plaintiff **SHALL** produce the requested financial records from PFHS for 2018 through 2021.

**DONE** and **ORDERED** this June 6, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE