# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **PAMELA SMOTHERS, as administrator and personal representative of THE MITCHELL WAYNE SMOTHERS. JR. deceased.** ) ) ) ) ) | |
| **Plaintiff,** ) | **CASE NO.:** |
| Vs. ) | **6:21-cv-01057-RDP** |
| ) | |
| **WALKER COUNTY, ALABAMA,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Pamela Smothers, as Administrator for the Estate of Mitchel Wayne Smothers, deceased, appeals to the United States Court of Appeals for the Eleventh Circuit the District Court's Final Order and Memorandum Opinion entered on September 18, 2024, granting defendant Walker County, Alabama Summary Judgment and dismissing with prejudice Plaintiff's claims for damages brought under 42 U.S.C. § 1981.   This Court has jurisdiction under 28 U.S.C. § 1291.

Respectfully Submitted the 25th day of September, 2024.

      Respectfully Submitted,

      /s/ *Charles C. Tatum, Jr*. (ASB-1703-T77C)
      */s/Seth L. Diamond* (ASB-4102-H54D)
      Attorneys for Plaintiff

>Charles C. Tatum, Jr. P.C.
>Post Office Box 349
>Jasper, Alabama 35502
>Phone:  (205) 387-0708
>ctatum7@aol.com
>sediamondlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. RANDALL MCNEILL (ASB-4841-E29J)
JAMIE HELEN KIDD FRAWLEY
(ASB-7661-M76H)
Attorneys for Defendant Walker County
Webb McNeill Walker PC
7475 Halcyon Pointe Dr. (36117)
Post Office Box 240909
Montgomery, Alabama 36124
(334) 262-1850 T
(334) 262-1889 F
rmcneill@wmwfirm.com
jfrawley@wmwfirm.com

>*/s/Seth L. Diamond*
>Of Counsel